**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | | |
|---|---|---|
| DARNELL McMILLIAN, | ) | No. CV 16-3194-JAK (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| W.L. MONTGOMERY, | ) | |
| Respondent. | ) | |

Pursuant to the order accepting the Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that the First Amended Petition is denied and dismissed with prejudice.

DATED: April 18, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE